**Percy L. WYATT, Plaintiff–Appellant,**

v.

**Robert STEIDEL, Director of Public Utilities, City of Richmond, Defendant–Appellee.**

No. 15–1334.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

Percy L. Wyatt, Appellant Pro Se. Richard Earl Hill, Jr., Stephen Michael Hall, Richmond City Attorney's Office, Richmond, Virginia, for Appellee.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy L. Wyatt appeals the district court's order granting defendant's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wyatt v. Steidel,* No. 3:14–cv–00064–JAG (E.D.Va. Mar. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*